8

## 24573. SMITH v. THE STATE.

GUERRY, J. The defendant was found guilty of violating the lottery laws. No error of law is complained of and the evidence supports the verdict. The court did not err in denying the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MARCH 8, 1935.

*J. C. Miner, Quincy O. Arnold,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

## 24579. ARMSTRONG v. THE STATE.

BROYLES, C. J. 1. The evidence connecting the accused with the offense charged (burglary), while circumstantial, was sufficient to authorize the jury to find that it excluded every *reasonable* hypothesis save that of the defendant's guilt.

2. The charge of the court was not subject to the exceptions taken.

3. The refusal to grant a new trial was not error for any reason assigned.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MARCH 8, 1935.

*John T. Dorsey,* for plaintiff in error.
*H. G. Vandiviere, solicitor-general,* contra.